JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CASSIE CHRISTINE CLARK,<br>    Plaintiff,<br>    v.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br>    Defendant. | No. 2:20-cv-04656-AFM<br><br>[~~PROPOSED~~] JUDGMENT |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: 6/11/2021

_____
HON. ALEXANDER F. MACKINNON
United States Magistrate Judge

-1-